ACCEPTED
12-14-0030-cv
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/27/2015 12:49:56 PM
CATHY LUSK
CLERK

## NO. <u>12-14-00300-CV</u>

| | | |
|---|---|---|
| **IN THE ESTATE OF** | § | **IN THE TWELFTH** |
| | § | |
| | § | |
| **RODNEY JOE KNIGHT,** | § | **COURT OF APPEALS** |
| | § | |
| | § | |
| **DECEASED** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/27/2015 12:49:56 PM
CATHY S. LUSK
Clerk

### <u>FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Natosha Moore, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Cherokee County Court at Law.

2. The case below was styled the *In the Estate of Rodney Joe Knight,* and was assigned the cause number P12025.

3. The record was certified as complete by the Clerk of this Honorable Court on January 28, 2015. Therefore, Appellant's brief is currently due Friday, February 27, 2015.

4. No extension of time to file the Appellants' brief has been sought or received in this cause.

5. Appellant's counsel has twice been out of town during the last month, once out of the country. This brief simply will not be of the quality, and hopefully the clarity, Appellant's counsel would hope to produce in this Court.

6. Appellant requests an extension of time of 10 days from the date of this filing to timely file Appellant's brief.

7. Appellee's counsel was unwilling to unconditionally agree to, or announce a lack of

opposition to, this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and allow for the timely filing of Appellant's brief by no later than Monday March 9, 2015.

Respectfully submitted,

LAW OFFICE OF BILL PEDERSEN, III, PLLC

By: _____
Bill Pedersen, III
Texas Bar No. 24030011
Email: bill@bpedlaw.com
2501 Oak Lawn Avenue
Suite 295, LB - 50
Dallas, Texas 75219
Tel. (214) 630-4554
Fax. (214) 630-9264
Attorney for Contestant
Natosha Moore-Knight

## CERTIFICATE OF SERVICE

I certify that on February 27, 2015 a true and correct copy of Plaintiff's Motion for Extension of Time to File Notice of Appeal was served by fax on Wayne D. Haglund at (936) 639-0016.

_____
Bill Pedersen, III

```
* * *  Communication Result Report ( Feb. 27. 2015 12:42PM ) * * *
```
                                                                      1)
                                                                      2)

Date/Time: Feb. 27. 2015 12:42PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0130 | Memory TX | 19366390016 | P. 2 | OK | |

---

```
Reason for error
    E. 1) Hang up or line fail              E. 2) Busy
    E. 3) No answer                         E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size         E. 6) Destination does not support IP-Fax
```

NO. 12-14-00308-CV

| IN THE ESTATE OF | § | IN THE TWELFTH |
|---|---|---|
| | § | |
| | § | |
| RODNEY JOE KNIGHT, | § | COURT OF APPEALS |
| | § | |
| | § | |
| DECEASED | § | TYLER, TEXAS |

FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Natosha Moore, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the Cherokee County Court at Law.

2.      The case below was styled the *In the Estate of Rodney Joe Knight*, and was assigned the cause number P12025.

3.      The record was certified as complete by the Clerk of this Honorable Court on January 28, 2015. Therefore, Appellant's brief is currently due Friday, February 27, 2015.

4.      No extension of time to file the Appellants' brief has been sought or received in this cause.

5.      Appellant's counsel has twice been out of town during the last month, once out of the country. This brief simply will not be of the quality, and hopefully the clarity, Appellant's counsel would hope to produce in this Court.

6.      Appellant requests an extension of time of 10 days from the date of this filing to timely file Appellant's brief.

7.      Appellee's counsel was unwilling to unconditionally agree to, or announce a lack of